McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
Telephone: (916) 554-2700
DONNA M. MONTAÑO
Special Assistant United States Attorney
Telephone: (415) 977-8943
501 I Street, Suite 10-100
Sacramento, California 95814-2322

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA M. PATTEE, ) | Case No. 2:05-CV-01805-KJM |
| ) | |
| Plaintiff, ) | STIPULATION TO REDACT PAGES |
| ) | FROM THE CERTIFIED |
| v. ) | ADMINISTRATIVE TRANSCRIPT |
| ) | AND FILE THE REDACTED |
| JO ANNE B. BARNHART, ) | TRANSCRIPT IN THIS ACTION; |
| Commissioner of ) | ORDER |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

The parties to the above-captioned action, by and through their undersigned attorneys, hereby stipulate as follows:

1) Pages 97, 98, 100, 101, 104, 105, 106, and 108 of the Certified Administrative Transcript (which has not yet been filed in this action) are confidential records pertaining to one or more individuals other than Plaintiff;

2) Said pages shall be removed from the Certified Administrative Transcript, and from all copies of the Transcript, and then destroyed by Plaintiff's attorney, the Assistant United States Attorney, and the Assistant Regional Counsel; the redacted

Redaction Stip. & Order - 05-cv-01805     **1**

Certified Administrative Record shall then be filed in this action.

3) The above-mentioned pages, mistakenly included in the Transcripts, will not be disclosed to anyone.

4) The inadvertent inclusion of the above-mentioned pages in the Certified Administrative Transcript will not be a basis for a claimed error.

DATED: March 14, 2006       By:   /s/ Rick Peasley
                                  Rick Peasley
                                  Attorney at Law

                                  Attorney for Plaintiff

DATED: March 16, 2006             McGREGOR W. SCOTT
                                  United States Attorney


                            By:   /s/ Bobbie J. Montoya
                                  BOBBIE J. MONTOYA
                                  Assistant United States Attorney

                                  Attorneys for Defendant


                            ORDER

APPROVED AND SO ORDERED.

DATED:  March 16, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Redaction Stip. & Order - 05-cv-01805   **2**